**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Sylvester KELLY, Defendant—
Appellant.**

No. 09–8153.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 30, 2010.

Decided: April 5, 2010.

Sylvester Kelly, Appellant Pro Se. Lawrence Joseph Leiser, Karen Ledbetter
Taylor, Assistant United States Attorneys,
Dennis Michael Fitzpatrick, Office of the
United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sylvester Kelly appeals the district court's order denying his motion to reconsider the court's earlier order ruling on his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm. *See United States v. Goodwyn,* 596 F.3d 233, 234–36 (4th Cir.2010) (holding that district court lacked authority to grant defendant's motion to reconsider, filed eight months after the district court's order ruling on original § 3582(c)(2) motion). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*